NONPRECEDENTIAL DISPOSITION

To be cited only in accordance with

Fed. R. App. P. 32.1

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

Submitted June 10, 2014*

Decided June 12, 2014

Before

DIANE P. WOOD, *Chief Judge*

WILLIAM J. BAUER, *Circuit Judge*

FRANK H. EASTERBROOK, *Circuit Judge*

| | |
|---|---|
| No. 14-1313 <br><br> LOCK REALTY CORPORATION IX, <br>     *Plaintiff-Appellant*, <br><br> *v.* <br><br> AMERICARE LIVING CENTERS III, LLC, *et al.*, <br>     *Defendants-Appellees.* | Appeal from the United States District Court for the Northern District of Indiana, South Bend Division. <br><br> No. 3:13cv994 <br> William C. Lee, *Judge.* |

**Order**

Last year we issued an opinion that began: "These appeals represent the end of the line for a long-running dispute over a nursing-home lease between Lock Realty Corporation IX (the lessor) and U.S. Health (the lessee) and Americare (the lessee's assignee)." *Lock Realty Corp. IX v. U.S. Health, L.P.*, 707 F.3d 764, 766 (7th Cir. 2013). Lock Realty did not see things that way. It promptly filed another suit concerning the same lease. The suit was removed to federal court and dismissed as barred by claim

---

* This successive appeal has been submitted to the original panel under Operating Procedure 6(b). After examining the briefs and the record, we have concluded that oral argument is unnecessary. See Fed. R. App. P. 34(a); Cir. R. 34(f).

preclusion (res judicata). 2014 U.S. Dist. Lᴇxɪs 4329 (N.D. Ind. Jan. 13, 2014). Lock Realty has appealed.

It is enough to repeat what we said last year: Our decision *was* "the end" for this dispute, and Lock Realty should have left well enough alone. For substantially the reasons given by the district court, the judgment is affirmed.